```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  VIRNA L. SANTOS
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Suite 4401
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6            IN THE   UNITED STATES DISTRICT COURT FOR THE
 7                     EASTERN DISTRICT OF CALIFORNIA
 8
    UNITED STATES OF AMERICA,    )     1: 06-CR-00230 OWW
 9                               )
                 Plaintiff,      )     STIPULATION TO CONTINUE
10                               )     HEARING
         v.                      )
11                               )
    CARRIE LYNN HOLLADAY,        )
12                               )
                 Defendant.      )
13                               )
    ─────────────────────────────)
14
```

15      IT IS HEREBY STIPULATED by and between the parties hereto

16  through their respective counsel, VIRNA L. SANTOS,  Assistant

17  United States Attorney for Plaintiff and KAREN L. LYNCH, attorney

18  for defendant, that the hearing presently set for March 26, 2007,

19  at 9:00 a.m., may be continued to April 2, 2007 at 9:00 a.m.

20  //

21  //

22  //

23  //

24  //

25

26

27

28                                   1

1 | The parties also agree that time should be excluded pursuant
2 | to the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F)
3 | (h)(8)(A) for additional investigation and preparation for trial
4 | of this matter.

```
                                        Respectfully submitted,


                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: _____            By   /S/_____
                                    VIRNA L. SANTOS
                                    Assistant U.S. Attorney



DATE:  _____             By   /S/_____
                                    KAREN L. LYNCH
                                    Attorney for Carrie L. Holladay
```

**ORDER**

IT IS SO ORDERED.

**Dated:   March 20, 2007**          **/s/ Oliver W. Wanger**
emm0d6                               UNITED STATES DISTRICT JUDGE